UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. BRITT,<br><br>      Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR INC. and DOES 1-10,<br><br>      Defendants. | CASE NO.: 3:18-cv-02560-DMS-LL<br><br>**ORDER GRANTING DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.'S MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**<br><br>Complaint Filed: November 8, 2018 |

CASE NO. 3:18-cv-02560-DMS-LL

1

The Court hereby orders that the request of Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. to substitute Tyler R. Andrews, Esq. and Syed I. Ishrak, Esq. of Greenberg Traurig, LLP, who are retained counsel as the attorneys of record in place of Richard B. North, Esq. of Nelson Mullins Riley & Scarborough, LLP is **GRANTED**.

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney in this case.

**IT IS SO ORDERED.**

Dated:  June 1, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

CASE NO. 3:18-cv-02560-DMS-LL

2

**ORDER GRANTING DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.'S MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**