UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. BRITT,<br><br>  Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.;<br>BARD PERIPHERAL VASCULAR, INC.; and<br>DOES 1-10,<br><br>  Defendants. | Case No.: 18cv2560-DMS-LL<br><br>**ORDER**<br><br>**(1) CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL**<br><br>**(2) DENYING AS MOOT JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES**<br><br>**[ECF No. 15]** |

On June 4, 2021, the parties filed a Joint Motion to Stay Discovery and Pretrial Deadlines for 120 days. ECF No. 15. In support, the parties state that a settlement has been reached but they require additional time to finalize the settlement before the matter is ripe for dismissal. Id. at 2. Because the case has settled, all other pending dates before Magistrate Judge Lopez are hereby **VACATED**, including the telephonic status conference on June 22, 2021. See ECF No. 14. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court. Because the notice of settlement

/ / /

1

has effectively stayed discovery-related dates, the Court **DENIES AS MOOT** the Joint Motion to Stay Discovery and Pretrial Deadlines.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **October 4, 2021**. A proposed order on the joint motion for dismissal must be emailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Lopez.

If the fully executed joint motion for dismissal is not filed by **October 4, 2021**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **October 12, 2021** at **9:30 a.m. PST** in **Courtroom 2B**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: June 4, 2021

Honorable Linda Lopez
United States Magistrate Judge

---

[1] The proposed order shall be emailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.